**Albertine Hawkins, appellee, v. Arcade Cleaner & Dyer Company, appellant. Gen. No. 30,348.**

Action for breach of contract of bailment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 10, 1926.

Louis A. Heile, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Peter Pinciak, appellant, v. Wojchiech Bemenek, appellee. Gen. No. 30,367.**

Action upon judgment note. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and judgment entered in this court. Opinion filed March 10, 1926.

Kasper & Pakulaz, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Marshall Field & Company, appellee, v. Wieland Dairy Company, appellant. Gen. No. 30,376.**

Action for negligent injury to automobile. Order overruling motion to vacate judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 10, 1926.

Edward Maher, for appellant; Stephen T. Ronan, of counsel. Frank P. Leffingwell, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Paul Bujak and Sophie Bujak, defendants in error, v. Stanley Gura, plaintiff in error. Gen. No. 30,387.**

Assumpsit for money loaned and for board and lodging. Judgment for plaintiffs. Error to the Circuit Court of Cook county; the Hon. Walter Brewer, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 10, 1926.

Lighthall, Carlson & Lewis, for plaintiff in error; C. Oscar Carlson, of counsel. Harry C. Moran, for defendants in error.

Mr. Justice O'Connor delivered the opinion of the court.